# United States Bankruptcy Court
## District of Nevada

**Case No. 11–22342–lbr**
**Chapter 7**

In re: (Name of Debtor)
   JESUS ALVARADO                                             ANA ALVARADO
   8751 QUINTANE AVE                                      8751 QUINTANE AVE
   LAS VEGAS, NV 89123                                    LAS VEGAS, NV 89123

Social Security No.:
   xxx–xx–1543                                                           xxx–xx–6267

## FINAL DECREE

The estate of the debtor(s) noted below has been fully administered:

☐    JESUS ALVARADO

☐    ANA ALVARADO

IT IS ORDERED THAT BRIAN D. SHAPIRO is discharged as trustee of the estate of the above named debtor(s).

The Chapter 7 case of the above named debtor(s) is closed.

Dated: 11/14/11                                                          BY THE COURT

                                                                                   Mary A. Schott
                                                                                   Clerk of the Bankruptcy Court